UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal number 09-215 (DMC) |
| v. | : | |
| GENARD HOWARD et al. | : | CONSENT ORDER |
| | : | |

This matter having come to the Court on defendant's application for a modification of bail conditions to remove home confinement and electronic monitoring, and the United States, by Paul J. Fishman, United States Attorney (AUSA Eric W. Moran, appearing) having consented, it is hereby:

ORDERED this _____25_____ day of May 2010, that: Defendant's bail be modified in the following manner:

1. The requirement of house arrest is removed; and

2. The requirement of electronic monitoring by way of an ankle bracelet is removed. This modification is necessitated, among other reasons, by issues relating to defendant's minor children; and

3. All of the other conditions of the defendant's pretrial release shall remain in full force and effect.

SO ORDERED:

_____
HON. DENNIS M. CAVANAUGH
United States District Court Judge

Consented to by:

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By:  _____
     ERIC W. MORAN
     Assistant U.S. Attorney