



419 Lucille Court
Ridgewood, NJ 07450
cassell.susan@gmail.com

Tel & Fax 201-445-3894
Admitted in NJ, NY & CA
www.legalbeagle.com

Honorable Dennis M. Cavanaugh  December 20, 2010
United States District Judge
U..S. Post Office & Court House Building
Federal Square
Newark, N.J. 07101-0999

    Re: United States v. Genard Howard.
     Criminal No. 09-215 (DMC)

Dear Judge Cavanaugh,

  On November 10, 2010, I wrote to Your Honor and requested that Mr. Howard be given an extension from December 27, 2010 to January 24, 2011 to surrender. However, Mr. Howard has informed me that I misunderstood his request. He requests a far shorter extension than I thought, only until January 10, 2011. I do not know if that change will affect Your Honor's decision in the matter, but I wanted to bring it to your attention as soon as possible.

  Thank you for your attention to this matter.

             Respectfully submitted,

             Susan C. Cassell
             Attorney for Genard Howard

cc: AUSA Eric Moran
  PTS Officer Wm. Sobchik

Dec. 20, 2010

SO ORDERED: _____
        DENNIS M. CAVANAUGH, U.S.D.J.